# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1194

_____

| | | |
|---|---|---|
| Ole Savior, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Susan Gaertner; John Wodele; | * | |
| Dean Barkley; Jesse Ventura, also | * | [UNPUBLISHED] |
| known as James George Janos, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 3, 2002
Filed: September 16, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Ole Savior appeals the district court's[1] dismissal of his civil action. Having carefully reviewed the record, see Duffy v. Wolle, 123 F.3d 1026, 1033 (8th Cir. 1997) (de novo review), cert. denied, 523 U.S. 1137 (1998), we agree with the district court that Savior failed to allege how any named defendant violated his constitutional or other federal rights. Further, the court did not abuse its discretion in dismissing

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

without prejudice Savior's pendent state-law claims.  <u>See</u> <u>Labickas v. Ark. State Univ.</u>, 78 F.3d 333, 334-35 (8th Cir.) (per curiam), <u>cert. denied</u>, 519 U.S. 968 (1996).

Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.